■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BASHEER BAJES, Appellant. [54 NYS3d 598]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Arriaga, J.), imposed July 28, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (see People v Bradshaw, 18 NY3d 257, 267 [2011]; People v Brown, 122 AD3d 133, 137 [2014]; People v Johnson, 109 AD3d 1004 [2013]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Eng, P.J., Hall, LaSalle, Connolly and Brathwaite Nelson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BARNES, Appellant. [54 NYS3d 587]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 20, 1979 (People v Barnes, 84 AD2d 752 [1981]), affirming two judgments of the County Court, Nassau County, both rendered November 20, 1981.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Eng, P.J., Leventhal, Sgroi and Maltese, JJ., concur.